**Order entered August 19, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00168-CR**
**No. 05-22-00169-CR**

**LEE ROY CHANY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-39327-P & F20-39331-P**

## ORDER

Before the Court is appellant's August 17, 2022 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received with the motion filed as of the date of this order.

/s/    ERIN A. NOWELL
JUSTICE